STATE OF NEW JERSEY v. WILLIAM CAREY.

May 13, 1980.

Petition for certification denied.

BLUE RIDGE CONSTRUCTION, INC. v. NORMAN FALK.

May 13, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. CONNIE HARRIS.

May 13, 1980.

Petition for certification denied.